# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID ERNEST LOPEZ, AN
INDIVIDUAL,

                Appellant,

     vs.

JAMES DANIEL BENNETT, AN
INDIVIDUAL,

                Respondent.

No. 69551

**FILED**

MAY 0 3 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in a tort action. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. Specifically, it appeared that the notice of appeal was filed after the timely filing of a tolling motion seeking reconsideration and before the tolling motion was formally resolved. *See* NRAP 4(a)(4); *AA Primo Builders v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). Accordingly, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response, appellant indicates that a motion for reconsideration was filed in the district court, and admits that no formal written order disposing of the motion has been entered. *See Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that a minute order is ineffective for any purpose).

Thus, it appears the notice of appeal was prematurely filed before resolution of the timely filed motion for reconsideration. *See* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of

16-13900

jurisdiction"); *AA Primo*, 126 Nev. at 585, 245 P.3d at 1195 (recognizing that a timely filed motion for reconsideration may toll the appeal period). Accordingly, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Eric Johnson, District Judge
     Persi J. Mishel, Settlement Judge
     Robert W. Curtis & Associates, LLC
     Law Offices of Karl H. Smith
     Eighth District Court Clerk